**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of November 21, 2003, and the Joint Status Report of January 12, 2005, respectfully provides the Court with the following report respecting the status of this case:

As the Court is aware, the parties have consumed a considerable amount of time attempting to perform complex and difficult computations in the absence of all relevant documents. Additional documents have been secured from the Internal Revenue Service, and have been reviewed by the Tax Division's Recomputation Specialist. Because of the necessity that he complete other work - on cases pending longer than the instant case - he has not completed the task of modifying the existing computations to take account of the new

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

information. He presently estimates that he will complete this work by the end of April. Counsel for the parties will promptly evaluate those computations, and determine whether a settlement can be reached based upon them, at that time.

Pursuant to the Order of November 21, 2003, the parties will report on the status of their efforts on or before July 11, 2005.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

April 11, 2005

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 11th day of April 2005, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

April 11, 2005