**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of November 21, 2003, and the Joint Status Report of Apri 11, 2005, respectfully provides the Court with the following report respecting the status of this case:

As explained in the last status report filed by the parties, the Tax Division's Recomputation Specialist is in the process of preparing modified computations to take into account information included in documents obtained from the Internal Revenue Service. Plaintiff is advised that two Recomputation Specialists work for the Tax Division, and they must perform calculations for a substantial proportion of the settlements entered into by the Government. In addition, they are called upon both to perform computations and to consult with respect to cases (such as this one) which present substantive questions respecting the

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by

computation of interest. Other matters -- including both ordinary settlements and work on substantive interest cases -- have prevented completion of the computations. Every effort will be made to arrange for their completion at the earliest possible time.

Pursuant to the Order of November 21, 2003, the parties will report on the status of their efforts on or before October 10, 2005.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

July 11, 2005

---

defendant's counsel as a joint filing.

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 11th day of July 2005, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

July 11, 2005