**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STATUS REPORT

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of November 21, 2003, and the Joint Status Report of July 11, 2005, respectfully provides the Court with the following report respecting the status of this case.

As explained in the last status report filed by the parties, the workload of the Tax Division's Recomputation Specialist(s) regarding both performing calculations for a substantial portion of the settlements entered into by the Government and consulting with respect to cases (such as this one) which present substantive questions respecting the computation of interest, have prevented completion of the computations in this case. Every effort has been made to arrange for their completion at the earliest possible time, and these efforts are ongoing.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

Pursuant to the Order of November 21, 2003, the parties will report on the status of their efforts on or before January 9, 2006.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

October 11, 2005

# CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 11th day of October 2005, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

October 11, 2005