# In The United States Court of Federal Claims

No. 02-1974 T

(Filed: October 12, 2005)

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 17, 2003, the parties filed a joint status report ("JSR") indicating that before attempting to reach agreement on an offer in compromise, the Tax Division's Recomputation Specialist needed to perform certain calculations on information provided by plaintiff. In the JSRs filed November 14, 2003, and January 13, 2004, the parties stated that these computations had not yet been performed. On April 28, 2004, a JSR was filed that indicated "those computations have been partially completed, and plaintiff has been asked to provide additional documents necessary to complete the calculations."

On July 16, 2004, the parties' JSR stated that these additional documents were unavailable from plaintiff, and that defendant had requested the documents from the Internal Revenue Service. The JSR filed on October 13, 2004, confirmed that the Tax Division's Recomputation Specialist had received these documents and was reviewing them. On January 12, 2005, the parties filed a JSR expressing their intention to meet the week of January 17, 2005, to discuss a resolution of the case.

On April 11, 2005, a JSR was filed informing the court that the Recomputation Specialist was currently occupied with other work, but that the calculations would be completed by the end of April. However, as of the July 11, 2005, JSR, the work was still not complete and no specific timetable for completion was given. In the most recent joint status report, filed October 11, 2005, the parties indicate that no further progress has been made.

On or before October 31, 2005, the defendant shall file a status report with the court detailing why the recomputations have not been completed and the steps that have been taken to

accelerate that task. The status report shall also contain a schedule for the expected completion of this task.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge