**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STATUS REPORT

Defendant, the United States, pursuant to the Order of October 12, 2005, provides the following report respecting the status of this case:

The Order requires defendant to report on the status of certain computations being performed by the Tax Division's Recomputation Specialist. Those computations were completed on Thursday, October 27, and forwarded to defendant's trial attorney. A copy of the computations, along with the Recomputation Specialist's accompanying memorandum, was provided to plaintiff's counsel on Friday, October 28.

Respectfully submitted.

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 307-0503
Fax: (202) 514-9440
Email: william.c.rapp2@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

October 31, 2005

s/ Mildred L. Seidman
Of Counsel