# In The United States Court of Federal Claims

No. 02-1974 T

(Filed: November 8, 2005)

---

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 17, 2003, the parties filed a joint status report ("JSR") indicating that before attempting to reach agreement on an offer in compromise, the Tax Division's Recomputation Specialist needed to perform certain calculations on information provided by plaintiff. In the JSRs filed November 14, 2003, through October 11, 2005, the parties stated that these computations had not yet been completed and that no further progress towards settlement had been made.

On October 12, 2005, the court issued an order requiring defendant to provide further details on the status of the recomputations. In its response, filed October 31, 2005, defendant indicated that the recomputations and the accompanying memorandum had been provided to plaintiff on October 28, 2005.

Accordingly, on or before January 9, 2006, the parties shall file a joint status report apprising the court of the status of settlement negotiations. This status report order shall supercede the existing status report order of November 21, 2003.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge