# In The United States Court of Federal Claims

No. 02-1974 T

(Filed: January 11, 2006)

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 9, 2006, the parties filed a joint status report indicating that a complete settlement is likely, and that settlement discussions are continuing.

Accordingly, on or before February 10, 2006, and every 42 days thereafter, the parties shall file a joint status report apprising the court of the status of settlement negotiations.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge