**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME**

Plaintiff, on behalf of itself and defendant[1] in the above-captioned case, respectfully moves the Court for leave to file this Joint Status Report Out of Time pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC").

As good cause therefore, the parties state that this Status Report was due to be filed on or before February 10, 2006, pursuant to the Court's Order of January 11, 2006. However, counsel for both parties incorrectly calendared this matter according to the terms of the Court's previous Order of November 21, 2003, with the result that the report was not timely filed. Pursuant to the requirements of this Court's Special Procedures Order (paragraphs 3(a)(i) and 3(a)(ii)) dated January 17, 2003, (i) plaintiff's counsel herewith certifies that he has notified his client that the motion is being filed out of time, and, (ii) plaintiff's counsel has been apprised by defendant's

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

counsel that the supervising Deputy Assistant Attorney General at the Department of Justice has been notified that the motion is being filed out of time.

In our last status report, the parties reported that defendant had furnished plaintiff's counsel with computations of interest prepared by the Tax Division's Recomputation Specialist. Based upon these calculations, plaintiff has submitted an offer of settlement to defendant.

Pursuant to the Order of January 11, 2006, the parties will report on the status of their efforts on or before March 24, 2006.

WHEREFORE, the parties respectfully request that their motion for leave to file their Joint Status Report out of time be granted, and that the Court accept this Report as the report of the parties.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

February 22, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 22nd day of February 2006, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5072

February 22, 2006