**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of January 11, 2006, respectfully provides the Court with the following report respecting the status of this case.

Plaintiff has submitted its offer of settlement in this matter to defendant. Defendant has suggested that certain language changes in the offer are necessary for its approval. Plaintiff has proposed certain language changes for defendant's consideration, which defendant is reviewing. The parties continue to believe a complete settlement of this proceeding is likely.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

Pursuant to the Order of January 11, 2006, the parties will report on the status of their efforts on or before May 5, 2006.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

March 24, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 24th day of March 2006, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

March 24, 2006