**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of January 11, 2006, respectfully provides the Court with the following report respecting the status of this case.

As set out in our last status report, plaintiff submitted an offer in compromise of this case. Thereafter, defendant's attorney suggested that certain language changes were necessary. Plaintiff has amended its offer to incorporate those changes. Defendant's trial attorney will recommend that the pending offer be accepted on behalf of the Attorney General. Authority to accept the offer rests with the Chief of the Court of Federal Claims Section, after receipt of the advice and recommendation of the Office of Chief Counsel, Internal Revenue Service, if that office recommends that the offer be accepted.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

Pursuant to the Order of January 11, 2006, the parties will report on the status of their efforts on or before June 16, 2006.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

May 5, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 5th day of May 2006, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

May 5, 2006