**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Defendant, the United States, pursuant to the Order of January 11, 2006, provides the following report respecting the status of this case:

As set out in our last status report, plaintiff's offer in compromise (along with supporting information from the Tax Division's Recomputation Specialist) has been forwarded to the Office of Chief Counsel for their advice and recommendation. Defendant's trial attorney has since been in contact with the Chief Counsel's attorney, as has the Recomputation Specialist, and the latter has provided additional documents to the Chief Counsel. Our last report noted also that the Government had requested that plaintiff provide it with certain additional information regarding transactions which appeared to the Government to have taken place since the filing of the Complaint. On July 24, plaintiff's counsel provided certain documents to the Government in response to this request.

Pursuant to the Order of January 11, 2006, the parties will again report on the status of this case on or before September 8, 2006.

Respectfully submitted.

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 307-0503
Fax: (202) 514-9440
Email: william.c.rapp2@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 28, 2006

s/ Steven I. Frahm
Of Counsel