**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STATUS REPORT

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of January 11, 2006, respectfully provides the Court with the following report respecting the status of this case.

We have previously reported that plaintiff's offer in compromise is under active consideration by the Office of Chief Counsel, Internal Revenue Service. Defendant's trial attorney has been advised that computations requested by the Chief Counsel's attorney have been completed, and that it is expected that the Chief Counsel's advice and recommendation will be completed in the immediate future.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

Pursuant to the Order of January 11, 2006, the parties will report on the status of their efforts on or before December 1, 2006.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

October 20, 2006