# In The United States Court of Federal Claims

No. 02-1974 T

(Filed: October 27, 2006)

---

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Wednesday, November 8, 2006, at 10:00 a.m. (EST). Chambers will contact the chambers shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge