**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of January 11, 2006, respectfully provides the Court with the following report respecting the status of this case.

Since our last status report, computations being undertaken by the Internal Revenue Service have been completed, and provided to plaintiff's counsel for review. Plaintiff intends to revise its offer in compromise. Defendant's trial attorney will recommend that the revised offer be accepted, and expects that action will be taken on the offer within 30 days.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant’s counsel as a joint filing.

Pursuant to the Order of January 11, 2006, the parties will report on the status of their efforts on or before January 12, 2007.

Respectfully submitted.

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

December 1, 2006