**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1974 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STATUS REPORT

Plaintiff, Merrill, Lynch, Pierce, Fenner & Smith, on behalf of itself and defendant[1] in the above-captioned case, pursuant to the Order of January 11, 2006, respectfully provides the Court with the following report respecting the status of this case.

In our last status report, the parties anticipated that plaintiff would modify its then-pending offer in compromise, based upon certain computations provided by the Internal Revenue Service. By letter dated December 5, 2006, plaintiff did so. In the process of reviewing plaintiff's modified offer, the Office of Chief Counsel, Internal Revenue Service, raised certain questions which required resolution within the Government. On Wednesday, January 10, 2007, defendant's trial attorney was advised that those questions have been satisfactorily resolved. Defendant's trial attorney will recommend that the offer be accepted, and it is expected that action will be taken on the offer on behalf of the Attorney General in the immediate future.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

Pursuant to the Order of January 11, 2006, the parties will report again on the status of this case on or before February 23, 2007.

Respectfully submitted.

January 12, 2007

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000