**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 02-1974 T** |
| **v.** | § | **The Honorable Francis M. Allegra** |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Order of January 11, 2006, the parties provide the following report respecting the status of the above-captioned case.

By letter dated December 5, 2006, plaintiff submitted an amended offer in compromise of this case, in terms solicited by defendant's trial attorney. Acceptance of plaintiff's offer would resolve all issues presented by the Complaint. Questions raised by the Office of Chief Counsel, Internal Revenue Service, were resolved in mid-January. The terms of the offer, and the nature of the case, are such that authority to accept or reject it is lodged in the Chief of the Court of Federal Claims Section. The only task remaining is for Defendant's trial attorney to prepare his memorandum formally recommending that the offer be accepted, and for the Chief to review and act on that recommendation. Defendant's attorney has been unable to complete this work, however, as a consequence of the reassignment to him, shortly after the New Year, of *Deseret Management Corporation v. United States*, Fed. Cl. No. 06-86 T. Since that reassignment, he has been required to work full time on that case, as a consequence of pending discovery disputes

and extremely short pretrial scheduling deadlines. The necessity of such virtually full-time work on that case will continue for at least several more weeks. Nevertheless, the Government expects that action will be taken on plaintiff's offer within 30 days.

Respectfully submitted,

s/ Joseph M. Persinger
JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

February 23, 2007

s/ Steven I. Frahm
Of Counsel

**Attorneys for Defendant**