**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MERRILL, LYNCH, PIERCE, FENNER & SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 02-1974 T** |
| **v.** | § | **The Honorable Francis M. Allegra** |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Order of January 11, 2006, the parties provide the following report respecting the status of the above-captioned case.

By letter dated April 2, 2007, plaintiff was advised that its offer in compromise had been accepted on behalf of the Attorney General. Accordingly, the Internal Revenue Service has been authorized and requested to schedule a payment to plaintiff reflecting the terms of the settlement. When that payment has been made, the parties will file a stipulation of dismissal with prejudice. Unless ordered to do otherwise, the parties will report again on May 16, 2007.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

April 4, 2007

s/ Steven I. Frahm
Of Counsel

**Attorneys for Defendant**